**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)**

| | |
|---|---|
| PFA-D SILVER SPRING, LC, c/o ALBERT & SCHULWOLF, LLC<br><br>     Plaintiff,<br><br>v.<br><br>PERKINS INTERNATIONAL RESTAURANT HOLDINGS, LLC, AND PERKINS INTERNATIONAL HOLDINGS, INC.,<br><br>     Defendants. | Civil Action No. _____ |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendants Perkins International Restaurant Holdings, LLC and Perkins International Holdings, Inc., (collectively, "Defendants"), by and through undersigned counsel, and pursuant to 28 U.S.C. § 1332, § 1441(a), and § 1446, hereby remove Civil Action No. C-15-CV-25-004749 from the Circuit Court for Montgomery County, Maryland, to the United States District Court for the District of Maryland, invoking this Court's jurisdiction under 28 U.S.C. § 1332, because this case is between citizens of different states, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interests and costs. Defendants state the following grounds for removal:

    1.    On or about August 28, 2025, Plaintiff PFA-D Silver Spring, LLC ("Plaintiff") initiated a civil action against Defendants in the Circuit Court for Montgomery County, Maryland, entitled *PFA-D Silver Spring, LLC v. Perkins International Restaurant Holdings, LLC and Perkins International Holdings, Inc.*, Case Number C-15-CV-25-004749. At the time of filing of this Notice of Removal, the case is still pending in the Circuit Court for Montgomery County, Maryland. *See* 28 U.S.C. § 1441 (a).

1

2. Defendants were served with the summons and complaint (the "Complaint") in the state court action on or about September 25, 2025. True and correct copies of the Complaint, Summons and all other documents as served on Defendants in this action along with a copy of the current state court docket sheet are attached hereto as **Exhibit A**. *See* 28 U.S.C. § 1446(a); Local Rule 5(a).

3. When a plaintiff files suit in state court but could have invoked the original jurisdiction of the federal courts, the defendant may remove the action from the federal court. 28 U.S.C. § 1441(a).

4. Under 28 U.S.C. § 1446(b)(1), a notice of removal may be filed within 30 days after receipt by the Defendants of the initial pleading. As Defendants were each served with Plaintiff's Complaint on or about September 25, 2025, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

5. This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a), and it may be removed from the Circuit Court of Montgomery County, Maryland to this Court pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446, as complete diversity of citizenship exists between parties, and the amount of controversy exceeds the sum of $75,000, exclusive of interest and costs.

6. Plaintiff is a Maryland limited liability company with its principal place of business in Rockville, Maryland. *See* Exhibit A, Complaint ¶ 3.

7. Defendant Perkins International Restaurant Holdings, LLC is a District of Columbia limited liability company with its principal place of business in Washington, D.C.

8. Defendant Perkins International Restaurant Holdings, LLC's sole member is a citizen of North Carolina.

9. Defendant Perkins International Holdings, Inc., is a District of Columbia corporation with its principal place of business in Washington, D.C.

10. Thus, complete diversity of citizenship exists between parties.

11. The amount in controversy exceeds $75,000. *See* Exhibit A, Complaint ¶¶ 10, 17, Prayer for Relief.

12. Therefore, this Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332, which may be properly removed pursuant to 28 U.S.C. § 1441.

13. The Complaint further alleges that the dispute relates to the property located in Silver Spring, Montgomery County, Maryland, warranting allocation of this matter to the Greenbelt Division pursuant to Local Rule 501.2.

14. Pursuant to 28 U.S.C. § 1446(d) and Local Rule 103.5(a), a copy of this Notice of Removal will be promptly filed with the Clerk of the Court for the Circuit Court for Montogomery County, Maryland and served upon all parties.

15. By filing this Notice, Defendants do not waive any defenses which may be available to them, specifically including, but not limited to, any defense that has been or could have been asserted in this Court or in the court from which this action has been removed.

16. There are no other named defendants in this case, so no further consent for removal is needed.

WHEREFORE, Defendants hereby remove this action in its entirety from the Circuit Court of Montgomery County, Maryland, to the United States District Court for the District of Maryland, Greenbelt Division, wherein this action shall proceed as an action originally commenced herein.

Dated: October 20, 2025.                                       Respectfully submitted,

                                                               */s/     Angela F. Ramson*
                                                               Angela F. Ramson

(Maryland Federal Bar No. 29614)
Fox Rothschild LLP
999 Peachtree Street NE, Suite 1500
Atlanta, GA 30309
Telephone: (404) 658-9726
Facsimile: (404)962-1200
ARramson@Foxrothschild.com

- and -

Alina Chernin
(Maryland Federal Bar No. 31273)
Fox Rothschild LLP
2020 K St. NW, Suite 500
Washington, DC 20006
Telephone: (202) 794-1259
Facsimile: (202) 461-3102
achernin@foxrothschild.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 20, 2025, a true and correct copy of the foregoing Notice of Removal was filed electronically with the Court's CM/ECF system, and a courtesy copy was served via U.S. mail, postage prepaid, on the following counsel of record:

Andrew B. Schulwolf
ALBERT & SCHULWOLF, LLC
110 North Washington Street, Suite 300
Rockville, Maryland 20850
andrew@albertandschulwolf.com
ATTORNEYS FOR PLAINTIFF

I hereby further certify that on this date I caused a Notice of Filing Notice of Removal, together with a copy of the Notice of Removal, to be filed electronically with the Maryland MDEC system which will serve all counsel of record in the Circuit Court action.

*/s/ Angela F. Ramson*
Angela F. Ramson