# EXHIBIT A



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** PERKINS INTERNATIONAL HOLDINGS, INC.
1444 I STREET, N.W.
SUITE 900
WASHINGTON, DC 20005
**SERVE ON:** Nicohlas M. Perkins
1444 I Street, N.W.
Suite No. 900
Washington, DC 20005

| | |
|---|---|
| **Case Number:** | **C-15-CV-25-004749** |
| **Other Reference Number(s):** | |

## PFA-D SILVER SPRING, LC VS. PERKINS INTERNATIONAL RESTAURANT HOLDINGS, LLC, ET AL.

Issue Date: 8/29/2025
Expiration Date: 10/28/2025

## WRIT OF SUMMONS (NEW CASE)

You are hereby summoned to file a <u>written</u> response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by:

PFA-D Silver Spring, LC
c/o Albert & Schulwolf, LLC
110 N Washington Street, Suite 300
Rockville, MD 20850

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3. If you have questions, you should see an attorney immediately. If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at www.barmont.org or by calling (301) 279-9100.

*Karen A Bushell*

Karen A. Bushell
Clerk of the Circuit Court

NOTE:

1. This summons is effective only if served within 60 days after the date issued. If it is not served within the 60 days, the moving party must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reason(s).
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).
5. Service of the Summons CANNOT be made by the moving party.

PFA-D Silver Spring, LC vs. Borkins International Restaurant Holdings LLC et al. Case Number: C-15-CV-2

Case 8:25-cv-03457-PX   Document 1-1   Filed 10/29/25   Page 4 of 20

## RETURN

☐ Served _____ on _____ at _____
              Whom                       Date             City/State/Country

☐ Summons and  ☐ Show Cause Order and  ☐ Complaint/Petition/Motion Served

☐ Unserved _____ _____
            Date                                  Reason

_____ ☐ Sheriff
Signature

PFA-D Silver Spring, LC vs. Perkins International Restaurant Holdings, LLC et al Case Number: C-15-CV-2

Case 8:25-cv-03457-PX    Document 1-1    Filed 10/29/25    Page 5 of 20

IN THE CIRCUIT COURT FOR <u>Montgomery County</u>

(City/County)

# CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

## DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a).

    *Defendant:* You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT     CASE NUMBER C-15-CV-25-004749

<span style="float:right">(Clerk to insert)</span>

**CASE NAME:** <u>PFA-D Silver Spring, LC</u>    vs.    Perkins International Restaurant Holdings, LL

                      Plaintiff                              Defendant

**PARTY'S NAME:** _____    **PHONE:** _____

**PARTY'S ADDRESS:** _____

**PARTY'S E-MAIL:** _____

**If represented by an attorney:**

**PARTY'S ATTORNEY'S NAME:** <u>Andrew B. Schulwolf</u>    **PHONE:** <u>(301) 519-1919</u>

**PARTY'S ATTORNEY'S ADDRESS:** <u>110 N. Washington Street, Suite 300, Rockville, MD 20850</u>

**PARTY'S ATTORNEY'S E-MAIL:** <u>andrew@albertandschulwolf.com</u>

**JURY DEMAND?** ☐ Yes ☒ No

**RELATED CASE PENDING?** ☐ Yes ☒ No   If yes, Case #(s), if known: _____

**ANTICIPATED LENGTH OF TRIAL?:** _____ hours   2   days

## PLEADING TYPE

**New Case:** ☒ Original     ☐ Administrative Appeal     ☐ Appeal

**Existing Case:** ☐ Post-Judgment     ☐ Amendment

*If filing in an existing case,* skip Case Category/ Subcategory section – go to Relief section.

## IF NEW CASE: CASE CATEGORY/SUBCATEGORY *(Check one box.)*

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint – DOB of Youngest Plt:_____
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☒ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Worker's Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. – Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

**CC-DCM-002** (Rev. 12/2022)            Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Arbitration | ☐ Financial Exploitation | ☐ Liability | ☐ Specific Performance |
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated **Liability** above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.    ☐ Liability is not conceded, but is not seriously in dispute.    ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

| | | | |
|---|---|---|---|
| ☐ Under $10,000 | ☐ $10,000 - $30,000 | ☒ $30,000 - $100,000 | ☐ Over $100,000 |
| ☐ Medical Bills $ _____ | ☐ Wage Loss $ _____ | ☐ Property Damages $ _____ | |

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

| | | | |
|---|---|---|---|
| A. Mediation | ☒ Yes ☐ No | C. Settlement Conference | ☐ Yes ☐ No |
| B. Arbitration | ☐ Yes ☐ No | D. Neutral Evaluation | ☐ Yes ☐ No |

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.*

### *(Case will be tracked accordingly)*

| | |
|---|---|
| ☐ 1/2 day of trial or less | ☐ 3 days of trial time |
| ☐ 1 day of trial time | ☐ More than 3 days of trial time |
| ☐ 2 days of trial time | |

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

***For all jurisdictions,** if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited -** Trial within 7 months of Defendant's response          ☐ **Standard -** Trial within 18 months of Defendant's response

EMERGENCY RELIEF REQUESTED

---

### COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

❑ **Expedited -** Trial within 7 months of Defendant's response

❑ **Standard -** Trial within 18 months of Defendant's response

---

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ❑ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ❑ Civil-Short | Trial 210 days from first answer. |
| ❑ Civil-Standard | Trial 360 days from first answer. |
| ❑ Custom | Scheduling order entered by individual judge. |
| ❑ Asbestos | Special scheduling order. |
| ❑ Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ❑ Tax Sale Foreclosures | Special scheduling order. |
| ❑ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ❑ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ❑ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ❑ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ❑ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

---

8/27/2025
<u>Date</u>

110 North Washington Street, Suite 300
<u>Address</u>

Rockville        MD    20850
City        State    Zip Code

/s/ Andrew B. Schulwolf    9506210368
Signature of Attorney / Party    Attorney Number

Andrew B. Schulwolf
Printed Name

---

**CC-DCM-002** (Rev. 12/2022)



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**

50 Maryland Avenue
Rockville, Maryland  20850

Main: 240-777-9400

**Case Number:**     C-15-CV-25-004749
**Other Reference Number(s):**

PFA-D SILVER SPRING, LC VS. PERKINS INTERNATIONAL RESTAURANT HOLDINGS, LLC, ET AL.

Date: 8/29/2025

## SCHEDULING ORDER – TRACK 3
## COMPLAINT FILED ON 08/28/2025

THIS ORDER IS YOUR OFFICIAL NOTICE OF CASE DEADLINES AND HEARINGS REQUIRING APPEARANCES.  FAILURE TO APPEAR AT HEARINGS OR COMPLY WITH ALL REQUIREMENTS MAY RESULT IN DISMISSAL, DEFAULT JUDGMENT, EXCLUSION OF WITNESSES AND/OR EXHIBITS, ASSESSMENTS OF COSTS AND EXPENSES, INCLUDING ATTORNEY FEES, OR OTHER SANCTIONS.

| EVENT:  [ATTENDANCE REQUIRED AT EVENTS] | DEADLINE: |
|---|---|
| *DEADLINE: PLT EXPERTS IDENTIFIED* | November 26, 2025 |
| *DEADLINE: MOTION FOR ALTERNATIVE SERVICE FILED* | December 26, 2025 |
| *DEADLINE: DEF EXPERTS IDENTIFIED* | January 26, 2026 |
| *DEADLINE: ALL WRITTEN DISCOVERY SERVED BY* | March 26, 2026 |
| *DEADLINE: DISCOVERY COMPLETED* | May 11, 2026 |
| *DEADLINE: ADD'L PARTIES JOINDER* | May 18, 2026 |
| MEETING OF ALL COUNSEL, Time and place to be determined PLUS DEADLINES: | May 26, 2026 |
| *DEADLINE: DISPOSITIVE MOTIONS FILED* | May 26, 2026 |
| *DEADLINE: JOINT PRETRIAL STATEMENT FILED* | May 26, 2026 |
| *DEADLINE: RULE 2-504.3(B) NOTICE* | May 26, 2026 |
| *DEADLINE: ADR DEADLINE* | June 01, 2026 |
| PRETRIAL HEARING ATTENDANCE REQUIRED | June 18, 2026 at 2:00 PM |
| *DEADLINE: PLEADING AMENDMENT TO BE DETERMINED AT PRETRIAL.* | |
| *DEADLINE: VOIR DIRE, JURY INSTRUCTIONS AND VERDICT SHEET DUE 20 DAYS BEFORE TRIAL DATE* | |

**TRIAL COUNSEL SHALL APPEAR** AT THE PRETRIAL HEARING.  MOTIONS FILED IN CIVIL TRACK 3 ACTIONS SHALL NOT EXCEED 15 PAGES INCLUDING ANY MEMORANDUM OF LAW AND OPPOSITION/REPLY MOTIONS SHALL NOT EXCEED 10 PAGES WITHOUT LEAVE OF THE COURT. IDENTIFICATION OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS GOVERNED BY RULES 2-211, 2-331, 2-332 and 2-341.
THE **TRIAL DATE** SHALL BE SET AT THE PRETRIAL HEARING BETWEEN THE DATES NOTED BELOW. COUNSEL ARE ENCOURAGED TO CLEAR DATES WITH ONE ANOTHER AND THE ASSIGNMENT OFFICE PRIOR TO THE CASE BEING CALLED.

**Trial Date Between:**    **July 10, 2026**   and   **October 19, 2026**

ANY MODIFICATIONS OF THIS SCHEDULING ORDER MUST BE REQUESTED BY WRITTEN MOTION FILED IN ADANCE OF THE DEADLINES OR HEARING DATES SOUGHT TO BE MODIFIED, PROVIDING GOOD CAUSE TO JUSTIFY ANY MODIFICATION THEREOF.

PFA-D Silver Spring, LC vs. Perkins International Restaurant Holdings, LLC, et al. Case Number: C-15-CV-25-004749
Other Reference Number(s):

Case 8:25-cv-03457-PX    Document 1-1    Filed 10/20/25    Page 10 of 20

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

_8/29/2025_

Date

Administrative Judge

\* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

CC:    Pfa-d Silver Spring, Lc

Perkins International Restaurant Holdings, Llc

Andrew Blake  Schulwolf



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland  20850

|  | |
|---|---|
| **Case Number:** | **C-15-CV-25-004749** |
| **Other Reference Number(s):** | |

**PFA-D SILVER SPRING, LC VS. PERKINS INTERNATIONAL RESTAURANT HOLDINGS, LLC, ET AL.**

Date: 8/29/2025

## ORDER FOR MANDATORY PRETRIAL HEARING – Civil Track 3
### COMPLAINT FILED ON 08/28/2025

In accordance with Maryland Rules of Procedure, Rule 2-504, and in order to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time and at the least possible cost to the Court and to litigants, it is this day, by the Circuit Court for Montgomery County, Maryland,

**ORDERED**, that the parties and trial counsel shall appear in court for a Pretrial Hearing.  No further notice will be given of this date.  Unrepresented parties and/or trial counsel shall meet at least two weeks prior to the hearing date to prepare a written joint pre-trial statement and endeavor to settle the case.  If the parties cannot agree to the meeting place or date, it shall be two weeks before the hearing date at 9:00 a.m. in the lobby of the Court House.  The joint pre-trial statement shall be signed by all parties and their attorneys and shall be filed with the court at least seventeen days before the Pretrial Hearing and shall contain the following:

1.  <u>Nature of the Case</u>: A brief, non-argumentative statement suitable for reading to a jury.

2.  <u>Claims and/or Defenses</u>: Each party to set forth a concise statement of all claims and defenses which that party is submitting for trial.

3.  <u>Undisputed Issues and Facts</u>: List all issues not in dispute and set forth stipulated facts.

4.  <u>Disputed Issues</u>: List each disputed issue and the principal contentions of all parties respecting each.

5.  <u>Relief Sought</u>: Specify nature and amount of each item of damage claimed or description of equitable relief sought by each party.

6.  <u>Citations</u>: List any cases or statutes which need to be called to the Court's attention.

7.  <u>Pending Motions</u>: List title, movant, and filing date of pending motions.

8.  <u>Witnesses</u>: Name, address, and telephone number of each person who may be called to testify.  As to experts, list matters about which each expert will testify.  No party may call at trial any witness omitted from that party's pre-trial statement, except for impeachment or rebuttal purposes.

9.  <u>Exhibits</u>: Attach a listing of the exhibits to be offered in evidence by each party at the trial, other than those expected to be used solely for impeachment, indicating which exhibits the parties agree may be offered in evidence without the usual authentication. Complete list of exhibits identifying by exhibit number each document that may be offered at trial.  (Stickers to be attached to each exhibit are available in Clerk's office.)  Any objections to another party's exhibits should be stated.

10.  <u>Deposition Testimony</u>: Designation by page and line of deposition testimony to be offered as substantive evidence, not impeachment.

11.  <u>Pleadings and Discovery Responses</u>: Designation by page and paragraph of any pleading or discovery response to be offered as substantive evidence, not impeachment.

PFA-D Silver Spring, LC vs. Perkins International Restaurant Holdings, LLC, et al. Case Number C-15-CV-25-004749
Case 8:25-cv-03457-PX    Document 1-1    Filed 10/20/25    Page 12 of 20
Other Reference Number(s):

12. <u>Demonstrative or Physical Evidence</u>: Describe any items of non-testimonial, non-documentary evidence - - models, samples, objects, etc. – to be utilized at trial.

13. <u>Videotapes</u>: Identify any videotapes to be shown to the jury and authority for doing so.

14. <u>Requested Jury Selection Questions</u>: Identify those agreed upon and include any objections made by either side.

15. <u>Pattern Jury Instructions</u>: Identify those agreed upon and those not agreed upon. Designate the source of the instruction.

16. <u>Non-Pattern Jury Instructions</u>: Supply complete text of each instruction, with authorities, on a separate page.

17. <u>Verdict Sheet (if requested)</u>: Text of verdict sheet, including any special interrogatories, to be submitted to the jury.

18. <u>Settlement</u>: Minimum demand; Maximum offer.

19. <u>Estimated Length of Trial</u>: _____ days.

and it is further

**ORDERED**, that counsel and unrepresented parties shall file the Joint Pretrial Statement no later than seventeen days (**DEADLINE: May 26, 2026**) before the Pretrial Hearing; and it is further,

**ORDERED**, for cases that have not reached a settlement by the Pretrial Hearing date, that the parties and their counsel and representatives with the authority to settle shall participate in good faith in any Settlement Conference, that may be set at the Pretrial.

_____8/29/2025_____    _____
Date                      Administrative Judge

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

CC:    Pfa-d Silver Spring, Lc

       Perkins International Restaurant Holdings, Llc

       Andrew Blake  Schulwolf

## CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | | |
|---|---|---|
| **PFA-D SILVER SPRING, LC** | ) | |
| c/o Albert & Schulwolf, LLC | ) | |
| 110 North Washington Street | ) | |
| Suite 300 | ) | |
| Rockville, Maryland 20850 | ) | |
| | ) | |
| Plaintiff, | ) | C-15-CV-25-004749 |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| **PERKINS INTERNATIONAL** | ) | |
| **RESTAURANT HOLDINGS, LLC** | ) | |
| 1444 I Street, N.W. | ) | |
| Suite No. 900 | ) | |
| Washington, DC 20005 | ) | |
| | ) | |
| Serve: Vicki Davis, Resident Agent | ) | |
| 5401 Riba Court | ) | |
| Capitol Heights, Maryland 20743 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **PERKINS INTERNATIONAL** | ) | |
| **HOLDINGS, INC.** | ) | |
| 1444 I Street, N.W. | ) | |
| Suite No. 900 | ) | |
| Washington, DC 20005 | ) | |
| | ) | |
| Serve: Nicohlas M. Perkins, CEO | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

## <u>COMPLAINT</u>

COMES NOW Plaintiff PFA-D Silver Spring, LC ("Plaintiff"), by counsel, and states as

follows for its Complaint against Defendant Perkins International Restaurant Holdings, LLC

("Fuddruckers") and Defendant Perkins International Holdings, Inc. ("PIH") (Fuddruckers and

PIH are collectively referred to as "Defendants"):

## FACTS COMMON TO ALL COUNTS

1. This Court has jurisdiction over this matter pursuant to Md. Code Ann., *Cts. & Jud. Proc.,* §§6-103(b)(1) and/or (5).

2. Venue is proper in Montgomery County, Maryland pursuant to Md. Code Ann., *Cts. & Jud. Proc.,* §§6-201(b).

3. Plaintiff, a Maryland limited liability company, is the owner of the commercial premises located at 819 Ellsworth Drive, Silver Spring, Maryland, which premises consist of approximately 3,147 rentable square feet of area.

4. Upon information and belief, Defendant Fuddruckers is a District of Columbia limited liability company.

5. Upon information and belief, Defendant PIH is a District of Columbia corporation.

6. Plaintiff, as landlord, and Defendant Fuddruckers, as tenant, entered into a certain commercial Deed of Lease dated August 21, 2024 pursuant to which Defendant Fuddruckers leased the Premises from Plaintiff to build-out, construct and operate a "Fuddruckers" restaurant. The Deed of Lease was amended pursuant to that First Amendment to Deed of Lease dated September 18, 2024 (the "First Amendment") (the Deed of Lease and First Amendment are collectively referred to as the "Lease").

7. As an inducement to, and a condition of, Plaintiff entering into the Deed of Lease with Fuddruckers, Defendant PIH executed a certain Guaranty of the Lease (the "Guaranty") whereby Defendant PIH "absolutely, unconditionally and irrevocably," guaranteed to Plaintiff, among other things, the "prompt and complete (i) payment by [Fuddruckers] to Landlord of all Rent and other sums of money payable by [Fuddruckers] to Landlord under the Lease (including payment by [Fuddruckers] to Landlord of all damages, costs and expenses that, by reason of the Lease, may

2

become payable by [Fuddruckers] to Landlord); and (ii) performance and observance by [Fuddruckers] of all covenants, conditions, terms and obligations to be performed or observed by [Fuddruckers] under the Lease."

## COUNT I
### (Breaches of Lease – Defendant Fuddruckers )

8. The allegations set forth in paragraphs 1-7 of the Complaint are re-alleged and are incorporated herein by reference as if set forth verbatim.

9. Defendant Fuddruckers has materially breached the Lease due to (i) its failure to diligently pursue and/or to obtain its "Tenant's Permits" as required under the Lease, (ii) its failure to perform and complete its build-out/construction work to the Premises as required under the Lease and (iii) its failure to open for business in the Premises within the time required by the Lease. The foregoing failures constitute separate and distinct material breaches of the Lease.

10. Defendant Fuddruckers' defaults and breaches of the Lease have caused Plaintiff to suffer damages including, without limitation, the loss of Base Rent and tenant improvement expenses, in an amount that exceeds Seventy Five Thousand Dollars ($75,000.00). Damages including, without limitation, accrued unpaid monthly Base Rent, monthly Additional Rent and late fees shall continue to accrue under the Lease for which Defendant Fuddruckers is liable.

11. Defendant Fuddruckers' failures (i) to diligently pursue and/or to obtain its "Tenant's Permits" as required under the Lease, (ii) to perform and complete its build-out/construction work to the Premises as required under the Lease and (iii) to open for business in the Premises within the time required by the Lease are without legal justification or excuse.

12. Section 21.20 of the General Lease Provisions of the Lease obligates Defendant Fuddruckers to pay Plaintiff its reasonable attorney fees and costs incurred in connection with this proceeding in the event that Plaintiff is the prevailing party herein.

WHEREFORE, the premises considered, Plaintiff PFA-D Silver Spring, LC respectfully requests the Court to award a judgment in its favor and against Defendant Perkins International Restaurant Holdings, LLC in an amount that exceeds Seventy Five Thousand Dollars ($75,000.00), plus such additional damages including, without limitation, accrued unpaid monthly Base Rent, monthly Additional Rent and late fees that shall continue to accrue under the Lease, reasonable attorney fees, pre-judgment interest, post-judgment interest at the legal rate and costs in its behalf expended.

## COUNT II
### (Breach of Guaranty – Defendant PIH)

13. The allegations set forth in paragraphs 1-12 of the Complaint are re-alleged and are incorporated herein by reference as if set forth verbatim.

14. Defendant Fuddruckers has materially breached the Lease due to (i) its failure to diligently pursue and/or to obtain its "Tenant's Permits" as required under the Lease, (ii) its failure to perform and complete its build-out/construction work to the Premises as required under the Lease and (iii) its failure to open for business in the Premises within the time required by the Lease

15. In accordance with its Guaranty of the Lease, Defendant PIH is liable to Plaintiff for the "prompt and complete (i) payment by [Fuddruckers] to Landlord of all Rent and other sums of money payable by [Fuddruckers] to Landlord under the Lease (including payment by [Fuddruckers] to Landlord of all damages, costs and expenses that, by reason of the Lease, may become payable by [Fuddruckers] to Landlord); and (ii) performance and observance by [Fuddruckers] of all covenants, conditions, terms and obligations to be performed or observed by [Fuddruckers] under the Lease."

16. As a result of Defendant Fuddruckers' defaults and breaches of the Lease, Plaintiff has suffered damages in an amount that exceeds Seventy Five Thousand Dollars ($75,000.00), for

4

which Defendant PIH is liable under its absolute, unconditional and irrevocable Guaranty of the Lease. Damages including, without limitation, accrued unpaid monthly Base Rent, monthly Additional Rent and late fees shall continue to accrue under the Lease for which Defendant PIH is liable under the Guaranty.

17. Defendant PIH's failure to remit payment to Plaintiff of the amounts owed under the Lease and its Guaranty constitutes a breach of the Guaranty causing Plaintiff to suffer damages in an amount that exceeds Seventy Five Thousand Dollars ($75,000.00).

18. Paragraph eleven (11) of the Guaranty obligates Defendant PIH to pay Plaintiff its "attorneys' fees, court costs and other expenses incurred" by Plaintiff "in connection with any action taken as a result of a breach of the Lease or in the enforcement of the Guaranty."

WHEREFORE, the premises considered, Plaintiff PFA-D Silver Spring, LC respectfully requests the Court to award a judgment in its favor and against Defendant Perkins International Holdings, Inc. in an amount that exceeds Seventy Five Thousand Dollars ($75,000.00), plus such additional damages including, without limitation, accrued unpaid monthly Base Rent, monthly Additional Rent and late fees that shall continue to accrue under the Lease, reasonable attorney fees, pre-judgment interest, post-judgment interest at the legal rate and costs in its behalf expended.

Respectfully submitted,

**ALBERT & SCHULWOLF, LLC**

By: /s/ Andrew B. Schulwolf
Andrew B. Schulwolf, CPF #9506210368
110 North Washington Street, Suite 300
Rockville, Maryland 20850
(301) 519-1919 (office)
(301) 519-9222 (fax)
andrew@albertandschulwolf.com
Counsel for Plaintiff

5

# Maryland Judiciary Case Search

## NOTICE: Available

## Case Detail

### Case Information

Court System: **Circuit Court For Montgomery County - Civil**
Location:       **Montgomery Circuit Court**
Case Number: **C-15-CV-25-004749**
Title:           **PFA-D Silver Spring, LC vs. Perkins International Restaurant Holdings, LLC, et al.**
Case Type:    **Contract - Breach**
Filing Date:   **08/28/2025**
Case Status:  **Open**

### Involved Parties Information

#### Defendant

Name: **Perkins International Holdings, Inc.**

Address: **1444 I Street, N.W.**
            **Suite 900**
City:       **Washington**    State: **DC**    Zip Code:  **20005**

#### Defendant

Name: **Perkins International Restaurant Holdings, LLC**

Address: **1444 I Street, N.W.**
            **Suite 900**
City:       **Washington**    State: **DC**    Zip Code:  **20005**

#### Plaintiff

Name: **PFA-D Silver Spring, LC**

Address: **c/o Albert & Schulwolf, LLC**
            **110 N. Washington Street, Suite 300**
City:       **Rockville**    State: **MD**    Zip Code:  **20850**

#### Attorney(s) for the Plaintiff

Name: **SCHULWOLF, ANDREW BLAKE**
Appearance Date: **08/28/2025**
Address Line 1: **110 N. Washington Street**
Address Line 2: **Ste 300**
City: **Rockville**   State: **MD**   Zip Code: **20850**

## Court Scheduling Information

| Event Type | Event Date | Event Time | Judge | Court Location | Court Room | Result |
|---|---|---|---|---|---|---|
| Conference - Pre-Trial | 06/18/2026 | 14:00:00 | Bonifant, James A | Civil | Courtroom 3E – North Tower | |

## Document Information

File Date: **08/28/2025**
Document Name: **Complaint / Petition**
Comment:

File Date: **08/28/2025**
Document Name: **Request to Issue**
Comment: **Summons**

File Date: **08/28/2025**
Document Name: **Case Information Report Filed**
Comment:

File Date: **08/29/2025**
Document Name: **Summons Issued (Service Event) - New Case**
Comment:

File Date: **08/29/2025**
Document Name: **Scheduling Order**
Comment: **Track 3**

File Date: **08/29/2025**
Document Name: **Order - Mandatory Settlement Conference/Pretrial Hearing**
Comment: **Track 3**

File Date: **08/29/2025**
Document Name: **Notice of Scheduling Hearing and Order of Court**
Comment: **Track 3**

File Date:     **08/29/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:       **Summons Packet**

## Service Information

| Service Type | Issued Date |
|---|---|
| **Summons Issued** | **08/29/2025** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2025. Maryland Judiciary. All rights reserved.

Service Desk: (410) 260-1114