CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| **PFA-D SILVER SPRING, LC** )<br>c/o Albert & Schulwolf, LLC )<br>110 North Washington Street )<br>Suite 300 )<br>Rockville, Maryland 20850 )<br> )<br>          Plaintiff, )<br> )<br>v. )<br> )<br>**PERKINS INTERNATIONAL** )<br>**RESTAURANT HOLDINGS, LLC** )<br>1444 I Street, N.W. )<br>Suite No. 900 )<br>Washington, DC 20005 )<br> )<br>Serve: Vicki Davis, Resident Agent )<br>5401 Riba Court )<br>Capitol Heights, Maryland 20743 )<br> )<br>    and )<br> )<br>**PERKINS INTERNATIONAL** )<br>**HOLDINGS, INC.** )<br>1444 I Street, N.W. )<br>Suite No. 900 )<br>Washington, DC 20005 )<br> )<br>Serve: Nicohlas M. Perkins, CEO )<br> )<br>          Defendants    ) | C-15-CV-25-004749<br><br>Case No. _____ |

## COMPLAINT

COMES NOW Plaintiff PFA-D Silver Spring, LC ("Plaintiff"), by counsel, and states as follows for its Complaint against Defendant Perkins International Restaurant Holdings, LLC ("Fuddruckers") and Defendant Perkins International Holdings, Inc. ("PIH") (Fuddruckers and PIH are collectively referred to as "Defendants"):

## FACTS COMMON TO ALL COUNTS

1. This Court has jurisdiction over this matter pursuant to Md. Code Ann., *Cts. & Jud. Proc.*, §§6-103(b)(1) and/or (5).

2. Venue is proper in Montgomery County, Maryland pursuant to Md. Code Ann., *Cts. & Jud. Proc.*, §§6-201(b).

3. Plaintiff, a Maryland limited liability company, is the owner of the commercial premises located at 819 Ellsworth Drive, Silver Spring, Maryland, which premises consist of approximately 3,147 rentable square feet of area.

4. Upon information and belief, Defendant Fuddruckers is a District of Columbia limited liability company.

5. Upon information and belief, Defendant PIH is a District of Columbia corporation.

6. Plaintiff, as landlord, and Defendant Fuddruckers, as tenant, entered into a certain commercial Deed of Lease dated August 21, 2024 pursuant to which Defendant Fuddruckers leased the Premises from Plaintiff to build-out, construct and operate a "Fuddruckers" restaurant. The Deed of Lease was amended pursuant to that First Amendment to Deed of Lease dated September 18, 2024 (the "First Amendment") (the Deed of Lease and First Amendment are collectively referred to as the "Lease").

7. As an inducement to, and a condition of, Plaintiff entering into the Deed of Lease with Fuddruckers, Defendant PIH executed a certain Guaranty of the Lease (the "Guaranty") whereby Defendant PIH "absolutely, unconditionally and irrevocably," guaranteed to Plaintiff, among other things, the "prompt and complete (i) payment by [Fuddruckers] to Landlord of all Rent and other sums of money payable by [Fuddruckers] to Landlord under the Lease (including payment by [Fuddruckers] to Landlord of all damages, costs and expenses that, by reason of the Lease, may

become payable by [Fuddruckers] to Landlord); and (ii) performance and observance by [Fuddruckers] of all covenants, conditions, terms and obligations to be performed or observed by [Fuddruckers] under the Lease."

## COUNT I
### (Breaches of Lease – Defendant Fuddruckers )

8. The allegations set forth in paragraphs 1-7 of the Complaint are re-alleged and are incorporated herein by reference as if set forth verbatim.

9. Defendant Fuddruckers has materially breached the Lease due to (i) its failure to diligently pursue and/or to obtain its "Tenant's Permits" as required under the Lease, (ii) its failure to perform and complete its build-out/construction work to the Premises as required under the Lease and (iii) its failure to open for business in the Premises within the time required by the Lease. The foregoing failures constitute separate and distinct material breaches of the Lease.

10. Defendant Fuddruckers' defaults and breaches of the Lease have caused Plaintiff to suffer damages including, without limitation, the loss of Base Rent and tenant improvement expenses, in an amount that exceeds Seventy Five Thousand Dollars ($75,000.00). Damages including, without limitation, accrued unpaid monthly Base Rent, monthly Additional Rent and late fees shall continue to accrue under the Lease for which Defendant Fuddruckers is liable.

11. Defendant Fuddruckers' failures (i) to diligently pursue and/or to obtain its "Tenant's Permits" as required under the Lease, (ii) to perform and complete its build-out/construction work to the Premises as required under the Lease and (iii) to open for business in the Premises within the time required by the Lease are without legal justification or excuse.

12. Section 21.20 of the General Lease Provisions of the Lease obligates Defendant Fuddruckers to pay Plaintiff its reasonable attorney fees and costs incurred in connection with this proceeding in the event that Plaintiff is the prevailing party herein.

3

WHEREFORE, the premises considered, Plaintiff PFA-D Silver Spring, LC respectfully requests the Court to award a judgment in its favor and against Defendant Perkins International Restaurant Holdings, LLC in an amount that exceeds Seventy Five Thousand Dollars ($75,000.00), plus such additional damages including, without limitation, accrued unpaid monthly Base Rent, monthly Additional Rent and late fees that shall continue to accrue under the Lease, reasonable attorney fees, pre-judgment interest, post-judgment interest at the legal rate and costs in its behalf expended.

## COUNT II
### (Breach of Guaranty – Defendant PIH)

13. The allegations set forth in paragraphs 1-12 of the Complaint are re-alleged and are incorporated herein by reference as if set forth verbatim.

14. Defendant Fuddruckers has materially breached the Lease due to (i) its failure to diligently pursue and/or to obtain its "Tenant's Permits" as required under the Lease, (ii) its failure to perform and complete its build-out/construction work to the Premises as required under the Lease and (iii) its failure to open for business in the Premises within the time required by the Lease

15. In accordance with its Guaranty of the Lease, Defendant PIH is liable to Plaintiff for the "prompt and complete (i) payment by [Fuddruckers] to Landlord of all Rent and other sums of money payable by [Fuddruckers] to Landlord under the Lease (including payment by [Fuddruckers] to Landlord of all damages, costs and expenses that, by reason of the Lease, may become payable by [Fuddruckers] to Landlord); and (ii) performance and observance by [Fuddruckers] of all covenants, conditions, terms and obligations to be performed or observed by [Fuddruckers] under the Lease."

16. As a result of Defendant Fuddruckers' defaults and breaches of the Lease, Plaintiff has suffered damages in an amount that exceeds Seventy Five Thousand Dollars ($75,000.00), for

which Defendant PIH is liable under its absolute, unconditional and irrevocable Guaranty of the Lease. Damages including, without limitation, accrued unpaid monthly Base Rent, monthly Additional Rent and late fees shall continue to accrue under the Lease for which Defendant PIH is liable under the Guaranty.

17. Defendant PIH's failure to remit payment to Plaintiff of the amounts owed under the Lease and its Guaranty constitutes a breach of the Guaranty causing Plaintiff to suffer damages in an amount that exceeds Seventy Five Thousand Dollars ($75,000.00).

18. Paragraph eleven (11) of the Guaranty obligates Defendant PIH to pay Plaintiff its "attorneys' fees, court costs and other expenses incurred" by Plaintiff "in connection with any action taken as a result of a breach of the Lease or in the enforcement of the Guaranty."

WHEREFORE, the premises considered, Plaintiff PFA-D Silver Spring, LC respectfully requests the Court to award a judgment in its favor and against Defendant Perkins International Holdings, Inc. in an amount that exceeds Seventy Five Thousand Dollars ($75,000.00), plus such additional damages including, without limitation, accrued unpaid monthly Base Rent, monthly Additional Rent and late fees that shall continue to accrue under the Lease, reasonable attorney fees, pre-judgment interest, post-judgment interest at the legal rate and costs in its behalf expended.

Respectfully submitted,

**ALBERT & SCHULWOLF, LLC**

By: /s/ Andrew B. Schulwolf
Andrew B. Schulwolf, CPF #9506210368
110 North Washington Street, Suite 300
Rockville, Maryland 20850
(301) 519-1919 (office)
(301) 519-9222 (fax)
andrew@albertandschulwolf.com
Counsel for Plaintiff