IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFA-D SILVER SPRING, LC,<br><br>      Plaintiff,<br><br>v.<br><br>PERKINS INTERNATIONAL RESTAURANT HOLDINGS, LLC, *et al.*,<br><br>      Defendants. | Civil Action No. 8:25-cv-03457 |

**INITIAL JOINT STATUS REPORT**

Plaintiff PFA-D Silver Spring, LC and Defendants Perkins International Restaurant Holdings, LLC and Perkins International Holdings, Inc., by and through their respective undersigned counsel, hereby submit this Initial Joint Status Report, and state as follows:

**1. Requested Modifications to the Initial Scheduling Order**

    (a) The Parties request a modification to the Scheduling Order due to scheduling conflicts with counsel and limited availability associated with end-of-year calendars and holiday schedules.

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Rule 16 conference call | November 6, 2025 at 9:00am | November 12, 2025 at 9:00am |
| Motions for Joinder and to Amend the Pleadings | December 8, 2025 | February 9, 2026 |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | December 22, 2025 | March 23, 2026 |
| Defendant's Rule 26(a)(2) Expert Disclosures | January 20, 2026 | April 20, 2026 |

| Plaintiff's Rebuttal Rule 26(a)(2) Expert Disclosures | February 3, 2026 | May 6, 2026 |
|---|---|---|
| Rule 26(e)(2) Supplementation of Disclosures and Responses | February 10, 2026 | May 13, 2026 |
| Completion of Discovery; Submission of Status Report | March 6, 2026 | June 8, 2026 |
| Requests for Admission | March 13, 2026 | June 15, 2026 |
| Dispositive Pretrial Motions Deadline | April 6, 2026 | July 20, 2026 |

(b) Report About Deposition Hours - The Parties anticipate conducting a total of 5-6 witness depositions at this time for a total 42 hours of deposition time as provided by the Federal Rules.

**2. Consent to Proceed Before a United States Magistrate Judge**

The Parties do not consent to having all further proceedings in this case conducted before a United States Magistrate Judge.

**3. Report on Mediation with United States Magistrate Judge**

The Parties are amenable to an early mediation/ADR conference.  The Parties would like to participate in a mediation session with a Magistrate Judge with a target date of on or before March 2, 2026.

**4. Report on the Scope of Discovery**

The Parties anticipate scope of discovery will include serving Interrogatories and Request for Production of Documents, document production and fact and expert depositions as described in 1(b).

<u>ESI</u>

The Parties do not anticipate logistical issues or controversy concerning electronically stored information.

The Parties request a 90-day extension of the dates in the Initial Scheduling Order as follows and the continuance of the Rule 16 conference call to November 12, 2025 at 9:00am.

The Parties' proposed Amended Scheduling Order is attached hereto for the Court's consideration.

Date: November 5, 2025                                        Respectfully submitted,

*/s/ Andrew B. Schulwolf*                    */s/ Angela F. Ramson*

Andrew B. Schulwolf, Esq.                   Angela F. Ramson
Federal Bar No: 13025                       Federal Bar No. 29614
Albert & Schulwolf, LLC                     Fox Rothschild LLP
110 N. Washington Street                    999 Peachtree Street NE, Suite 1500
Suite 300                                   Atlanta, GA 30309
Rockville, Maryland 20850                   Tel: 404.658.9726
Phone: (301) 519-1919                       Fax: 404.962.1200
andrew@albertandschulwolf.com               ARramson@Foxrothschild.com

**Counsel for Plaintiff**                    -and-

Alina Chernin
Federal Bar No. 31273
Fox Rothschild LLP
2020 K St. NW, Suite 500
Washington, DC 20006
Telephone: (202) 794-1259
Facsimile: (202) 461-3102
AChernin@foxrothschild.com

**Counsel for Defendants**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November 2025, a copy of this **Initial Joint Status Report** was filed with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

*/s/ Angela F. Ramson*

Angela F. Ramson, Esq.