**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **PFA-D SILVER SPRING, LC** | * | |
| **Plaintiff** | * | |
| **v.** | * | **Civil Action No. PX-25-cv-3457** |
| **PERKINS INTERNATIONAL**<br>**RESTAURANT HOLDINGS, LLC et al** | * | |
| **Defendants** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT MOTION TO REFER CASE TO ADR AND**

**TO SUSPEND SCHEDULING ORDER DEADLINES**

Plaintiff PFA-D Silver Spring, LC ("Plaintiff") and Defendants Perkins International Restaurant Holdings, LLC and Perkins International Holdings, Inc. (collectively "Defendants'), by and through their respective undersigned counsel, hereby jointly move to the Court to refer this matter to Alternative Dispute Resolution ("ADR") and to stay all remaining Scheduling Order deadlines while the case is being mediated.

1. Plaintiff's Complaint seeks the collection of Rent and other amounts alleged to be owed by Defendants under a commercial Lease Agreement and Guaranty of the Lease for premises located at 819 Ellsworth Drive, Silver Spring, Maryland.

2. Although the parties have engaged in settlement discussions, the matter has not yet been resolved. The parties respectfully request this matter be submitted to ADR for a settlement conference with a Magistrate Judge to help facilitate a possible settlement of the dispute. To avoid having to incur potentially unnecessary litigation expenses, including the retention of experts, the parties respectfully request that the below Scheduling Order deadlines be stayed until such time as the settlement conference is concluded.

186727276.2

| Deadline | Current Date |
| --- | --- |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | June 23, 2026 |
| Defendant's Rule 26(a)(2) Expert Disclosures | July 20, 2026 |
| Plaintiff's Rebuttal Rule 26(a)(2) Expert Disclosures | August 6, 2026 |
| Rule 26(e)(2) Supplementation of Disclosures and Reponses | August 13, 2026 |
| Completion of Discovery; Submission of Status Report | September 11, 2026 |
| Request for Admission | September 18, 2026 |
| Dispositive Pretrial Motions Deadline | October 20, 2026 |

3.      No trial dates have been scheduled.

4.      A suspension of the above scheduling order deadlines as requested herein will allow the parties to seek a settlement of the case without having to expend significant and potentially unnecessary attorney's fees litigating the dispute. If mediation is unsuccessful, the parties will promptly file a motion that requests the establishment of new scheduling order dates.

5.      Given the agreement of all parties, good cause exists to grant the Joint Motion.

6.      Referring this matter to mediation and suspending the scheduling order deadlines will not unduly delay these proceedings nor prejudice any party.

WHEREFORE, Plaintiffs and Defendants respectfully request that this Joint Motion be granted, the Court to refer this matter to alternative dispute resolution, that all remaining

186727276.2

Scheduling Order deadlines be suspended while the case is being mediated and for such other relief that this Court deems necessary and proper.

Date: June 23, 2026                                      Respectfully submitted,

                                                         /s/ Andrew B. Schulwolf

                                                         Andrew B. Schulwolf, Esq., Bar No: 13025

                                                         Albert & Schulwolf, LLC
                                                         110 N. Washington Street
                                                         Suite 300
                                                         Rockville, Maryland 20850
                                                         Phone: (301) 519-1919
                                                         andrew@albertandschulwolf.com
                                                         *Counsel for Plaintiff*


                                                         **FOX ROTHSCHILD LLP**

                                                         *s/ Angela F. Ramson*
                                                         Angela F. Ramson
                                                         Federal Bar No. 29614
                                                         999 Peachtree Street NE, Suite 1500
                                                         Atlanta, GA 30309
                                                         Tel:    404.658.9726
                                                         Fax:    404.962.1200
                                                         ARamson@Foxrothschild.com
                                                         *Counsel for Defendants*

186727276.2

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June 2026, a copy of the foregoing Joint Motion was served via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Andrew B. Schulwolf

Andrew B. Schulwolf

4

186727276.2